IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:04CR255-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FLORENCIO SANMIGUEL, ) | |
|       Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion To Sever, filed February 3, 2006, and the Government's Response In Opposition, filed February 13, 2006. (Documents #115, #118)

For the reasons stated in the Government's response, the Court, in its discretion, will not sever Defendant Florencio Sanmiguel's trial from the trial of his remaining co-defendants.

**IT IS, THEREFORE, ORDERED** that Defendant's motion is hereby **DENIED**. However, Defendant may renew his motion between now and the commencement of the trial term on March 20, 2006, if he is able to make a sufficient showing regarding the willingness of his co-defendants to testify on his behalf and that the proffered testimony would, in fact, be exculpatory.

Signed: March 3, 2006

Richard L. Voorhees
Chief United States District Judge