IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 3:04CR255-06-V |
| ) | |
| ) | |
| FLORENCIO SANMIGUEL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER TO PAY WITNESS FEES

The Court hereby orders, the United States Marshal's Service to provide witness fees and travel payments to Ben Phillips Jr. for testifying at the above-entitled case on May 16, 2006.

This the 2nd day of Nov., 2006

*/s/ Richard L. Voorhees*

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE