# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

UNITED STATES OF AMERICA

V.

FLORENCIO SANMIGUEL

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:04CR255-V

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated. Effective nunc pro tunc to May 19, 2006.

*Richard L. Voorhees*

Richard L. Voorhees
Chief Judge
March 14, 2007